In the Matter of J. JEROME OLITT

Concur—Murphy, P. J., Kupferman, Milonas, Rosenberger and Ellerin, JJ.

In the Matter of WILLIAM J. DROHAN

Concur—Sandler, J. P., Fein, Milonas, Ellerin and Wallach, JJ.

(Republished)

CONSTANTINO CIRILLO, Respondent, v CIBRO PETROLEUM CORP. et al., Appellants

No opinion. Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ. [124 AD2d 471.]